UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RODERICK LONG,<br><br>Plaintiff,<br><br>v.<br><br>HMD LLC, BENEFIT TRUCKING, LLC, YOUSE PERALTA, ABC CORP., AND XYZ CORP.,<br><br>Defendants. | CIVIL ACTION NO.<br>1:25-CV-05464-VMC |

**DEFENDANTS' INITIAL DISCLOSURES**

(1) If the defendant is improperly identified, state defendant's correct identification and state whether defendant will accept service of an amended summons and complaint reflecting the information furnished in this disclosure response.

**Defendant HMD Trucking, Inc., was improperly named as HMD LLC.**

(2) Provide the names of any parties whom defendant contends are necessary parties to this action, but who have not been named by plaintiff. If defendant contends that there is a question of misjoinder of parties, provide the reasons for defendant's contention.

**Defendants do not contend that there has been a misjoinder of parties as defined under the Federal Rules of Civil Procedure.**

(3) Provide a detailed factual basis for the defense or defenses and any counterclaims or crossclaims asserted by defendant in the responsive pleading.

**Defendant Youse Peralta was operating a tractor trailer while in his scope of employment with HMD Trucking, Inc.. at the time of this August 6, 2024, accident which forms the basis of Plaintiff's Complaint (hereinafter "the Accident"). Defendants deny that Peralta was negligent. Defendants further deny that any of Peralta's actions or inactions proximately caused the Accident. Defendants further deny that they caused any of the claimed injuries of the Plaintiff's injuries or any of the Plaintiff's claimed damages.**

(4) Describe in detail all statutes, codes, regulations, legal principles, standards and customs or usages, and illustrative case law which defendant contends are applicable to this action.

- **The doctrines of negligence, negligence per se, and comparative fault;**
- **O.C.G.A. § 51-12-33;**
- **O.C.G.A. § 51-11-7;**
- **O.C.G.A. § 40-6-180;**

- ***McGill v. Am. Trucking & Transp., Ins. Co.*, 77 F. Supp. 3d 1261 (N.D. Ga. 2015);**
- ***Hamlett v. Carroll Fulmer Logistics Corp.,* 2016 U.S. Dist. LEXIS 135786 (S.D. Ga. Sept. 30, 2016);**
- ***Coleman v. Arvey*, 2015 U.S. Dist. LEXIS 185129 (N.D. Ga. May 7, 2015);**
- ***Downer v. Boyer*, 2017 U.S. Dist. LEXIS 42028 (N.D. Ga. Mar. 23, 2017);**
- ***Hutcherson v. Progressive Corp.*, 984 F.2d 1152 (11th Cir. 1993);**
- ***David G. Brown, P.E., Inc. v. Kent*, 274 Ga. 849 (2002);**
- ***Candler v. Wickes Lumber Co.*, 195 Ga. App. 239 (1990);**
- ***Anderson v. Cayes*, 278 Ga. App. 592 (2006); and,**
- ***Buffalo Cab Co. v. Williams,* 126 Ga. App. 522 (1972).**

**Defendants reserve the right to identify additional authority as the need may arise.**

(5) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defenses, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**See Attachment A.**

(6) Provide the name of any person who may be used at trial to present evidence under Rules 702, 703, or 705 of the Federal Rules of Evidence. For all experts described in FED. R. CIV. P. 26(a)(2)(B), provide a separate written report satisfying the provisions of that rule. (Attach expert witness list and written reports to Initial Disclosures as Attachment B.)

**Defendants have not identified any such persons at this time.**

(7) Provide a copy of, or description by category and location of, all documents, data compilations or other electronically stored information, and tangible things in your possession, custody, or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment C.)

**See Attachment C.**

(8) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure on which such computation is based, including materials bearing on the nature and extent of injuries suffered, making such documents or evidentiary

material available for inspection and copying under FED. R. CIV. P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment D.)

**Defendants do not claim damages.**

(9) If defendant contends that some other person or legal entity is, in whole or in part, liable to the plaintiff or defendant in this matter, state the full name, address, and telephone number of such person or entity and describe in detail the basis of such liability.

**Defendants do not contend that some other person or legal entity is liable to Plaintiff or Defendants.**

(10) Attach for inspection and copying as under FED. R. CIV. P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment E.)

**Defendant will provide a copy of an applicable declaration page to Plaintiff under separate cover.**

*Signature Appears on the Following Page*

This 20th day of November, 2025.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Anna K. Beaton*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Anna K. Beaton
Georgia Bar No. 421320
anna.beaton@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

# **CERTIFICATE OF COMPLIANCE**

The undersigned hereby certifies that the foregoing document was prepared in accordance with N.D. Georgia Local Rule 5.1 and 7.1(D). Specifically, counsel certifies that he has used 14-point Times New Roman as the font in these documents.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Anna K. Beaton*

Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Anna K. Beaton
Georgia Bar No. 421320
Anna.beaton@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I have this day served a copy of the within and foregoing document upon all parties to this matter by e-filing the same with the Court's CM-ECF system and via electronic mail addressed to counsel of record as follows:

Maha Amircani
AMIRCANI LAW LLC
3340 Peachtree Road NE
Suite 180
Atlanta, GA 30326

This 20th day of November, 2025.

MOSELEY MARCINAK LAW GROUP, LLP

*/s/ Anna K. Beaton*
Blair J. Cash, Esq.
Georgia Bar No. 360457
blair.cash@momarlaw.com
Anna K. Beaton
Georgia Bar No. 421320
anna.beaton@momarlaw.com
*Attorneys for Defendants*

MOSELEY MARCINAK LAW GROUP, LLP
P.O. Box 1688
Kennesaw, Georgia 30156
470-480-7258
470-480-7259 (Fax)