# ATTACHMENT A

The following individuals may have discoverable information that Defendants may use to support their defenses:

1. Plaintiff Roderick Long
   Plaintiff may be contacted through his counsel.

2. Defendant HMD Trucking, Inc.
   Defendant HMD Trucking, Inc. may be contacted through defense counsel.

3. Defendant Benefit Trucking, LLC.
   Defendant Benefit Trucking, LLC. may be contacted through defense counsel.

4. Defendant Youse Peralta.
   Defendant Peralta may be contacted through defense counsel.

5. Officer A.L. Carter
   Sandy Springs Police Department

6. Plaintiff Roderick Long's current and past medical providers

7. Plaintiff Roderick Long's current and past employers

8. Individuals listed in Plaintiff's Initial Disclosures

Defendants reserve the right to amend this disclosure as their investigation and discovery proceed.