# **ATTACHMENT C**

Defendants may use the following documents to support their defenses:

1. Georgia Motor Vehicle Crash Report #2024008347;

2. Roderick Long's medical records and bills from the Plaintiff's medical providers, provided to Defendants' counsel by Plaintiff's counsel and through subpoena requests; and;

3. Photographs of vehicles involved in accident.

Defendants reserve the right to amend this disclosure as their investigation and discovery proceed.